

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 3:92-CR-254-H |
| | * | |
| ALONZO RICHARD | * | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge William F. Sanderson, Jr. on Defendant Richard's Motion for Appointment of Counsel, filed April 4, 2005. The Court has received no objection from Defendant Richard with respect to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and related orders and pleadings. See March 30, 2005 Order. The Court is of the opinion that the Report and Recommendation is correct and it is **ADOPTED** as the order of the Court. Defendant Richard's Motion for Appointment of Counsel is **DENIED**.

The Clerk is directed to furnish a copy of this Order to Defendant Richard and to other appropriate parties.

SO ORDERED.

DATED: June 7, 2005

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS